**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Gregory K. Adamson, | ) | No. CV-05-2286-PHX-JWS (LOA) |
| Plaintiff, | ) ) ) | **ORDER** |
| vs. | ) ) ) | |
| Michael Hayes; Chad Watts; Dennis Dollarhide; Johnny John; Michael Dobson; Christopher Eastman; Charles Bridges, Jr.; Robert Papke; Elliot Campbell; Paul Gruetzmacher; Felipe Amezquita; Anthony Miller; Paul Viso; City of Tempe; Joe Arpaio; Maricopa County, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

This case arises on Defendants Maricopa County's and Sheriff Arpaio's Application for Substitution of Counsel for Defendant. (Doc. 193)  The Civil Services Division of the Maricopa County Attorney's Office continues to struggle to understand the simple, straightforward Local Rule addressing the requirements for withdrawal or substitution of counsel. Because the governmental law office for Maricopa County and Sheriff Arpaio have provided more than is necessary under the circumstances in this case, the Application will be granted.

Local Rule ("LRCiv") 83.3(b)(4) states in relevant part:

> Notwithstanding the provisions of paragraph (b) of this Local Rule, *a governmental law office* or a private or public law firm that has appeared as counsel of record may substitute or associate an attorney who is a member of, associated with, or otherwise employed by that office or firm by timely filing

> *a notice of substitution or association* with the Court. The notice shall state the names of the attorneys who are the subjects of the substitution or association and the current address and e-mail address of the attorney substituting or associating. . . .

LRCiv 83.3(b)(4) (emphasis added). Because new counsel, S. Lee White, and Defendants' former counsel, Maria Brandon and Richard Stewart, are with the Civil Services Division of the Maricopa County Attorney's Office, a simple notice containing the other required information set forth LRCiv 83.3(b)(4) is all that is necessary to substitute counsel in this case.

**IT IS ORDERED** that Defendants Maricopa County's and Sheriff Arpaio's Application for Substitution of Counsel, doc. 193, is **GRANTED**. S. Lee White of the Maricopa County Attorney's Office is hereby substituted for Maria Brandon and Richard Stewart as the attorney for Defendants Maricopa County and Sheriff Arpaio.

Dated this 22nd day of June, 2011.

Lawrence O. Anderson
United States Magistrate Judge