**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gregory K. Adamson, | No. CV-05-2286-PHX-JWS (LOA) |
| Plaintiff, | **ORDER** |
| vs. | |
| Michael Hayes; Chad Hayes; Dennis Dollarhide; Johnny John; Michael Dobson; Christopher Eastman; Charles Bridges, Jr.; Robert Papke; Elliot Campbell; Paul Gruetzmacher; Felipe Amezquita; Anthony Miller; Paul Viso; City of Tempe, | |
| Defendants. | |

This matter is before the Court on Plaintiff's attorneys' Motion to Seal Notice of Filing E-Mails Under Seal and Exhibits Thereto, filed on August 10, 2012. (Doc. 238)

An *ex parte* hearing was held on August 3, 2012 at 10:00 a.m., attended by Plaintiff, Plaintiff's guardian *ad litem* David S. Eisenberg, and Plaintiff's attorneys J. Blake Mayes and David V. Telles. In an effort to protect the attorney/client privilege, counsel requested that the emails be filed under seal. At the hearing, the Court directed the Plaintiff's attorneys, as well as the guardian *ad litem*, to file under seal redacted emails received from Plaintiff as verification of Plaintiff's verbal abuse, threat(s), and any other appropriate misconduct. (Docs. 235, 236).

Having reviewed the Motion, and good cause appearing,

**IT IS ORDERED** that Plaintiff's attorneys' Motion to Seal Notice of Filing E-Mails

1    Under Seal and Exhibits Thereto, doc. 238, is **GRANTED.**

2         Dated this 16th day of August, 2012.

3

4

5                                   Lawrence O. Anderson
                                    United States Magistrate Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28